| | |
|---|---|
| 785018<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br> Attorneys for Secured Creditor: WELLS FARGO BANK, N.A.<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | **Order Filed on March 20, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>NIKKI C. LANG A/K/A NIKKI DHANNIE F/K/A NIKKI C. DHANNIE F/K/A NIKKI C. DHANNIE-FRISBY<br>WILLIAM S. LANG A/K/A WILLIAM SCOTT LANG, JR A/K/A SCOTT LANG A/K/A SCOTT LANG, JR | Case No: 16-31415 - JNP<br><br>Judge: JERROLD N. POSLUSNY JR. |

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 20, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NJID 785018**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| NIKKI C. LANG A/K/A NIKKI DHANNIE F/K/A NIKKI C. DHANNIE F/K/A NIKKI C. DHANNIE-FRISBY WILLIAM S. LANG A/K/A WILLIAM SCOTT LANG, JR A/K/A SCOTT LANG A/K/A SCOTT LANG, JR | CASE NO. 16-31415 - JNP<br><br>CHAPTER 13<br><br>ORDER RESOLVING OBJECTION TO CONFIRMATION |

    Debtors

    This Order pertains to the property located at 449-451 BERKSHIRE DRIVE, VENTNOR CITY, NJ 08406, mortgage account ending with "4331";

    THIS MATTER having been brought before the Court by, Chad M. Sherwood, Esquire attorney for debtors, NIKKI C. LANG, WILLIAM S. LANG upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan; and the Court noting the substance and entry of the within Order; and for other and good cause shown:

    IT IS on the               day of              , 2017, ORDERED as follows:

    1.    The debtors plan is hereby amended to allow $2,624.02 to be paid to WELLS FARGO BANK, N.A. Said amount reflects that found on WELLS FARGO BANK, N.A.'s Proof of Claim.

    2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in WELLS FARGO BANK, N.A.'s allowed secured proof of claim.

    3.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.