|  |  |
|---|---|
| 785018<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br> Attorneys for Secured Creditor: WELLS FARGO BANK, N.A. | Order Filed on March 20, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| In Re:<br><br>NIKKI C. LANG A/K/A NIKKI DHANNIE F/K/A NIKKI C. DHANNIE F/K/A NIKKI C. DHANNIE-FRISBY<br>WILLIAM S. LANG A/K/A WILLIAM SCOTT LANG, JR A/K/A SCOTT LANG A/K/A SCOTT LANG, JR | Case No: 16-31415 - JNP<br><br>Judge:  JERROLD N. POSLUSNY JR. |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 20, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NJID 785018**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| NIKKI C. LANG A/K/A NIKKI DHANNIE F/K/A NIKKI C. DHANNIE F/K/A NIKKI C. DHANNIE-FRISBY WILLIAM S. LANG A/K/A WILLIAM SCOTT LANG, JR A/K/A SCOTT LANG A/K/A SCOTT LANG, JR | CASE NO. 16-31415 - JNP<br><br>CHAPTER 13<br><br>ORDER RESOLVING OBJECTION TO CONFIRMATION |

    Debtors

    This Order pertains to the property located at 449-451 BERKSHIRE DRIVE, VENTNOR CITY, NJ 08406, mortgage account ending with "4331";

    THIS MATTER having been brought before the Court by, Chad M. Sherwood, Esquire attorney for debtors, NIKKI C. LANG, WILLIAM S. LANG upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan; and the Court noting the substance and entry of the within Order; and for other and good cause shown:

    IT IS on the            day of           , 2017, ORDERED as follows:

    1.    The debtors plan is hereby amended to allow $2,624.02 to be paid to WELLS FARGO BANK, N.A. Said amount reflects that found on WELLS FARGO BANK, N.A.'s Proof of Claim.

    2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in WELLS FARGO BANK, N.A.'s allowed secured proof of claim.

    3.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:
William Scott Lang, Jr.
Nikki C Lang
    Debtors

Case No. 16-31415-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 20, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.
db/jdb          +William Scott Lang, Jr.,    Nikki C Lang,    2005 Hemlock Lane,    Mays Landing, NJ 08330-3918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:
        Chad M. Sherwood    on behalf of Joint Debtor Nikki C Lang chad@sherwoodlegal.com
        Chad M. Sherwood    on behalf of Debtor William Scott Lang, Jr. chad@sherwoodlegal.com
        Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
    dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
    summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
        Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                           TOTAL: 7