Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−31415−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Scott Lang Jr.
aka William S Lang, aka Scott Lang, aka Scott Lang Jr.
2005 Hemlock Lane
Mays Landing, NJ 08330

Nikki C Lang
fka Nikki C Dhannie, fka Nikki C Dhannie−Frisby
2005 Hemlock Lane
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−2129                xxx−xx−1570

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        4/3/19
Time:        09:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 13, 2019
JAN: kaj

                                Jeanne Naughton
                                Clerk, U. S. Bankruptcy Court