Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–31415–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Scott Lang Jr. | Nikki C Lang |
| aka William S Lang, aka Scott Lang, aka Scott Lang Jr. | fka Nikki C Dhannie, fka Nikki C Dhannie–Frisby |
| 2005 Hemlock Lane | 2005 Hemlock Lane |
| Mays Landing, NJ 08330 | Mays Landing, NJ 08330 |

Social Security No.:
 xxx–xx–2129                                          xxx–xx–1570

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            4/3/19
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 13, 2019
JAN: kaj

                                         Jeanne Naughton
                                         Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 16-31415-JNP
William Scott Lang, Jr.                                                 Chapter 13
Nikki C Lang
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 3                  Date Rcvd: Mar 13, 2019
                              Form ID: 132             Total Noticed: 92


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db/jdb         +William Scott Lang, Jr.,    Nikki C Lang,    2005 Hemlock Lane,    Mays Landing, NJ 08330-3918
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
516490016       Advocare Advanced Primary Care,    PO Box 3001,   D34,   Voorhees, NJ 08043-0598
516490017       Allergy and Asthma Center,    PO Box 826963,   Philadelphia, PA 19182-6963
516490018       American Coradius International,    35A Rust Lane,   Boerne, TX 78006-8202
516490019       Apex Asset Management,    1286 Carmichael Way,   Montgomery, AL 36106-3645
516490021      +Atlantic Medical Imaging LLC,    PO Box 1564,   Indianapolis, IN 46206-1564
516490022       Atlanticare Clinical Lab,    PO Box 785616,   Philadelphia, PA 19178-5616
516490023      +Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
516490029       CBCS,   PO Box 2589,   Columbus, OH 43216-2589
516607344       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
516490030      +Cenlar,   PO Box 77404,   Ewing, NJ 08628-6404
516490031       Clinical Radiologists Medical Imaging,    27420 Network Place,    Chicago, IL 60673-1274
516490035       Comnity Capital/BLNLE,    PO Box 182120,   Columbus, OH 43218-2120
516490037      +Cornerstone Plastic Surgery,    401 New Road,   Suite 103,   Linwood, NJ 08221-1200
516490038       Dean College,   99 Main Street,    Franklin, MA 02038-1994
516490039      +Department of Commerce FCU,    PO Box 17420,   Washington, DC 20041
516692504      +Department of Commerce Federal Credit Union,    c/o Silverman Theologou, LLP,
                 11200 Rockville Pike, Suite 520,   North Bethesda, MD 20852-7105
516490041      +FBCS,   2200 Byberry Road,    Suite 120,   Hatboro, PA 19040-3739
516490044      +Francis A Uzzi, Esquire,    210 Summit Ave,   Suite A11,   Montvale, NJ 07645-1572
516490042      +Frederick M Coville MD,    Cornerstone Plastic Surgery,    401 New Road, Suite 103,
                 Linwood, NJ 08221-1200
516490045       Frost-Arnett COmpany,    PO Box 1022,   Wixom, MI 48393-1022
516691743      +HomeBridge Financial Services, Inc.,    Cenlar FSB,   425 Phillips BLVD,   Ewing, NJ 08618-1430
516550241       HomeBridge Financial Services, Inc.,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,   Westmont, NJ 08108
516490047       Horizon Eye Care,    2401 Vay Avenue,   Ocean City, NJ 08226-6240
516490049      +Jospeh Mann & Creed,    8948 Canyon Falls Blvd,   Suite 200,   Twinsburg, OH 44087-1900
516490051      +Lyons Doughty and Veldhuis,    136 Gaither Drive, Suite 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
516490052      +Mariner Finance LLC,    5802 East Virginia Beach Blvd,   Suite 121,   Norfolk, VA 23502-2483
516689152      +Mariner Finance, LLC,    8211 Town Center Drive,   Nottingham, MD 21236-5904
516490053       Medical Diagnostic Laboratories,    2439 Kuser ROad,   Trenton, NJ 08690-3303
516490054      +Melissa Winter,    7 West Wyncliffe Avenue,   Clifton Heights, PA 19018-1227
516490058      +Mullooly Jeffrey Rooney,    PO Box 9036,   Syosset, NY 11791-9036
516490059       NES,   29125 SOlon ROad,    Solon, OH 44139-3442
516490060      +Orthopaedic Associates,    2101 Medical Park Drive,   Suite 110,    Silver Spring, MD 20902-4053
516490061       PayACEI,   205 South Whiting Street,    Suite 500,   Alexandria, VA 22304-3632
516490063       Pressler and Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516490064       R&R Professional Recovery,    PO Box 21575,   Baltimore, MD 21282-1575
516490065      +Recon Ortho Assoc II Pc,    PO Box 757910,   Philadelphia, PA 19175-7910
516490066      +Resorts Casino,    1133 Boardwalk,   Atlantic City, NJ 08401-7395
516490067      +Rickart Collection Systems Inc,    575 Milltown Road,   PO Box 7242,
                 North Brunswick, NJ 08902-7242
516490068      +Rothman Institute,    925 Chestnut Street,   Philadelphia, PA 19107-4290
516490069       Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
516490070       Selip & Stylianou,    PO BVox 363,   Woodbury, NY 11797-0363
516490071       South Jersey Gastroenterology,    406 Lippincott Srive,   Suite E,   Marlton, NJ 08053-4168
516490072      +Sunrise Credit Services,    234 Airport Plaza Blvd,   Suite 4,   Farmingdale, NY 11735-3938
516490078      +The Endo Center at Voorhees,    93 Cooper Road,   Suite 100,   Voorhees, NJ 08043-4910
516507505      +WELLS FARGO BANK, N.A.,    Phelan Hallinan Diamond Jones, PC,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
516562230       WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,   Default Document Processing,
                 MAC N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
516490081      +WFFNB/Raymor & Flanigan,    PO Box 14517,   Des Moines, IA 50306-3517
516580807       Wells Fargo Bank NA,    PO Box 10438,   Des Moines    IA    50306-0438
516490080      +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335
516490083      +Zorina Dhannie,    449-451 Berkshire Drive,   Ventnor City, NJ 08406-1005
516490082      +Zorina Dhannie,    449-451 Bershire Drive,   Ventnor City, NJ 08406-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2019 23:57:42      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2019 23:57:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516490020       E-mail/Text: legal@arsnational.com Mar 13 2019 23:57:14      ARS National Services Inc,
                 PO Box 463023,   Escondido, CA 92046-3023
516490024      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 13 2019 23:58:43
                 Berks Credit & Collections,    PO Box 329,   Temple, PA 19560-0329
```

```
District/off: 0312-1            User: admin              Page 2 of 3                  Date Rcvd: Mar 13, 2019
                                Form ID: 132             Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516490025       +E-mail/Text: clientrep@capitalcollects.com Mar 13 2019 23:58:39      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
516490027        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 00:03:40      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
516490026        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 00:04:38      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516534156        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 00:04:37
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516490028       +E-mail/Text: bankruptcy@cavps.com Mar 13 2019 23:58:01      Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Suite 4A,    Valhalla, NY 10595-2323
516571632       +E-mail/Text: bankruptcy@cavps.com Mar 13 2019 23:58:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516490032       +E-mail/Text: documentfiling@lciinc.com Mar 13 2019 23:56:36      Comcast Cable,
                 1 Comcast Center,    Philadelphia, PA 19103-2899
516490033        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 13 2019 23:57:25
                 Comenity Bank/New York & Co,    PO Box 182789,    Columbus, OH 43218-2789
516490034        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 13 2019 23:57:25
                 Comenity Bank/Victoria Secret,    PO Box 182789,    Columbus, OH 43218-2789
516692759       +E-mail/Text: bncmail@w-legal.com Mar 13 2019 23:57:50      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516490036       +E-mail/Text: tuscolsup@fisglobal.com Mar 13 2019 23:58:15
                 Complete Payment Recovery Services,    11601 Roosevelt Blvd,    Saint Petersburg, FL 33716-2202
516490040        E-mail/Text: mrdiscen@discover.com Mar 13 2019 23:56:40      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
516498851        E-mail/Text: mrdiscen@discover.com Mar 13 2019 23:56:40      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516490043        E-mail/Text: data_processing@fin-rec.com Mar 13 2019 23:57:13      FInancial Recovery Services,
                 PO Box 385908,    Minneapolis, MN 55438-5908
516490046       +E-mail/Text: Bankruptcy@homebridge.com Mar 13 2019 23:58:34
                 HomeBridge FInancial Services, Inc.,    194 Wood Avenue South, 9th Floor,
                 Iselin, NJ 08830-2761
516490050       +E-mail/Text: bncnotices@becket-lee.com Mar 13 2019 23:56:49      Kohls/CapOne,    PO Box 3115,
                 Milwaukee, WI 53201-3115
516586473        E-mail/Text: bkr@cardworks.com Mar 13 2019 23:56:25      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516651022       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2019 23:57:38      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516490055       +E-mail/Text: bkr@cardworks.com Mar 13 2019 23:56:25      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516490056       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2019 23:57:38      Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
516490057       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2019 23:57:38      Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516490062        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:03:46
                 Portfolio Recovery Assoc,    Riverside Commerce Center,    120 Corporate Blvd, Suite 100,
                 Norfolk, VA 23502-4962
516690806        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:04:41
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516671081        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:03:44
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516691321        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:05:44
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,    Norfolk VA 23541
516691303        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:03:46
                 Portfolio Recovery Associates, LLC,    c/o New York & Company,    POB 41067,    Norfolk VA 23541
516691323        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:04:42
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,    Norfolk VA 23541
516505267        E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2019 23:57:31
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516506427        E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2019 23:57:31
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
516490073        E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 00:04:29      SYNCB/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
516490074        E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 00:05:32      SYNCB/JC Penney,    PO Box 965036,
                 Orlando, FL 32896-5036
516490075        E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 00:03:34      SYNCB/Lowes,    PO Box 965036,
                 Orlando, FL 32896-5036
516490076        E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 00:04:29      SYNCB/Old Navy,    PO Box 965036,
                 Orlando, FL 32896-5036
516490077       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 00:04:29      SYNCB/Sams Club,    PO Box 965005,
                 Orlando, FL 32896-5005
516490079       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 13 2019 23:56:30
                 Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
                                                                                               TOTAL: 39
```

```
District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: Mar 13, 2019
                              Form ID: 132             Total Noticed: 92

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516490048     ##+Jersey Shore Federal Credit Union,    PO Box 240,    Northfield, NJ 08225-0240
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
              Chad M. Sherwood    on behalf of Joint Debtor Nikki C Lang chad@sherwoodlegal.com
              Chad M. Sherwood    on behalf of Debtor William Scott Lang, Jr. chad@sherwoodlegal.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
               jpshay@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
                                                                                             TOTAL: 8
```