Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–31415–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Scott Lang Jr.
aka William S Lang, aka Scott Lang, aka Scott Lang Jr.
2005 Hemlock Lane
Mays Landing, NJ 08330

Nikki C Lang
fka Nikki C Dhannie, fka Nikki C Dhannie–Frisby
2005 Hemlock Lane
Mays Landing, NJ 08330

Social Security No.:
xxx–xx–2129                                                              xxx–xx–1570

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 17, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 17, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William Scott Lang, Jr.  
Nikki C Lang  
    Debtors

Case No. 16-31415-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3      Date Rcvd: Oct 17, 2019  
                       Form ID: 148      Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.

```
db/jdb       +William Scott Lang, Jr.,    Nikki C Lang,    2005 Hemlock Lane,    Mays Landing, NJ 08330-3918
cr           +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
516490018   ++++AMERICAN CORADIUS INTERNATIONAL,    37 RUST LN,    BOERNE TX 78006-8288
             (address filed with court: American Coradius International,    35A Rust Lane,
               Boerne, TX 78006-8202)
516490016    Advocare Advanced Primary Care,    PO Box 3001,    D34,    Voorhees, NJ 08043-0598
516490017    Allergy and Asthma Center,    PO Box 826963,    Philadelphia, PA 19182-6963
516490019    Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
516490021   +Atlantic Medical Imaging LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
516490022    Atlanticare Clinical Lab,    PO Box 785616,    Philadelphia, PA 19178-5616
516490029    CBCS,    PO Box 2589,    Columbus, OH 43216-2589
516490030   +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
516490031    Clinical Radiologists Medical Imaging,    27420 Network Place,    Chicago, IL 60673-1274
516490035    Comnity Capital/BLNLE,    PO Box 182120,    Columbus, OH 43218-2120
516490037   +Cornerstone Plastic Surgery,    401 New Road,    Suite 103,    Linwood, NJ 08221-1200
516490038    Dean College,    99 Main Street,    Franklin, MA 02038-1994
516490039   +Department of Commerce FCU,    PO Box 17420,    Washington, DC 20041
516692504   +Department of Commerce Federal Credit Union,    c/o Silverman Theologou, LLP,
               11200 Rockville Pike, Suite 520,    North Bethesda, MD 20852-7105
516490041   +FBCS,    2200 Byberry Road,    Suite 120,    Hatboro, PA 19040-3739
516490044   +Francis A Uzzi, Esquire,    210 Summit Ave,    Suite A11,    Montvale, NJ 07645-1572
516490042   +Frederick M Coville MD,    Cornerstone Plastic Surgery,    401 New Road, Suite 103,
               Linwood, NJ 08221-1200
516490045    Frost-Arnett COmpany,    PO Box 1022,    Wixom, MI 48393-1022
516691743   +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
516550241    HomeBridge Financial Services, Inc.,    KML Law Group PC,    Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516490047    Horizon Eye Care,    2401 Vay Avenue,    Ocean City, NJ 08226-6240
516490049   +Jospeh Mann & Creed,    8948 Canyon Falls Blvd,    Suite 200,    Twinsburg, OH 44087-1900
516490051   +Lyons Doughty and Veldhuis,    136 Gaither Drive, Suite 100,    PO Box 1269,
               Mount Laurel, NJ 08054-7269
516490052   +Mariner Finance LLC,    5802 East Virginia Beach Blvd,    Suite 121,    Norfolk, VA 23502-2483
516689152   +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
516490053    Medical Diagnostic Laboratories,    2439 Kuser ROad,    Trenton, NJ 08690-3303
516490054   +Melissa Winter,    7 West Wyncliffe Avenue,    Clifton Heights, PA 19018-1227
516490058   +Mullooly Jeffrey Rooney,    PO Box 9036,    Syosset, NY 11791-9036
516490060   +Orthopaedic Associates,    2101 Medical Park Drive,    Suite 110,    Silver Spring, MD 20902-4053
516490061    PayACEI,    205 South Whiting Street,    Suite 500,    Alexandria, VA 22304-3632
516490063    Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516490064    R&R Professional Recovery,    PO Box 21575,    Baltimore, MD 21282-1575
516490065   +Recon Ortho Assoc II Pc,    PO Box 757910,    Philadelphia, PA 19175-7910
516490066   +Resorts Casino,    1133 Boardwalk,    Atlantic City, NJ 08401-7395
516490067   +Rickart Collection Systems Inc,    575 Milltown Road,    PO Box 7242,
               North Brunswick, NJ 08902-7242
516490068   +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516490070    Selip & Stylianou,    PO BVox 363,    Woodbury, NY 11797-0363
516490071    South Jersey Gastroenterology,    406 Lippincott Srive,    Suite E,    Marlton, NJ 08053-4168
516490072   +Sunrise Credit Services,    234 Airport Plaza Blvd,    Suite 4,    Farmingdale, NY 11735-3938
516490078   +The Endo Center at Voorhees,    93 Cooper Road,    Suite 100,    Voorhees, NJ 08043-4910
516507505   +WELLS FARGO BANK, N.A.,    Phelan Hallinan Diamond Jones, PC,    400 Fellowship Road, Suite 100,
               Mt. Laurel, NJ 08054-3437
516490083   +Zorina Dhannie,    449-451 Berkshire Drive,    Ventnor City, NJ 08406-1005
516490082   +Zorina Dhannie,    449-451 Bershire Drive,    Ventnor City, NJ 08406-1005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2019 01:16:39    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2019 01:16:37    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516490020    EDI: ARSN.COM Oct 18 2019 04:38:00    ARS National Services Inc,    PO Box 463023,
               Escondido, CA 92046-3023
516490023   +EDI: TSYS2.COM Oct 18 2019 04:38:00    Barclays Bank Delaware,    PO Box 8803,
               Wilmington, DE 19899-8803
516490024   +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 18 2019 01:17:32
               Berks Credit & Collections,    PO Box 329,    Temple, PA 19560-0329
516490025    E-mail/Text: clientrep@capitalcollects.com Oct 18 2019 01:17:27    Capital Collection Service,
               PO Box 150,    West Berlin, NJ 08091
516490027    EDI: CAPITALONE.COM Oct 18 2019 04:38:00    Capital One,    PO Box 30281,
               Salt Lake City, UT 84130-0281
516490026   +EDI: CAPITALONE.COM Oct 18 2019 04:38:00    Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
```

```
District/off: 0312-1          User: admin                  Page 2 of 3                   Date Rcvd: Oct 17, 2019
                              Form ID: 148                 Total Noticed: 94


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516534156         EDI: CAPITALONE.COM Oct 18 2019 04:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC  28272-1083
516607344         EDI: BL-BECKET.COM Oct 18 2019 04:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                   PO Box 3001,    Malvern PA 19355-0701
516490028        +E-mail/Text: bankruptcy@cavps.com Oct 18 2019 01:16:57       Cavalry Portfolio Services,
                   500 Summit Lake Drive,    Suite 4A,   Valhalla, NY 10595-2323
516571632        +E-mail/Text: bankruptcy@cavps.com Oct 18 2019 01:16:57       Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2321
516490032        +EDI: COMCASTCBLCENT Oct 18 2019 04:38:00      Comcast Cable,    1 Comcast Center,
                   Philadelphia, PA 19103-2899
516490033         EDI: WFNNB.COM Oct 18 2019 04:38:00      Comenity Bank/New York & Co,    PO Box 182789,
                   Columbus, OH 43218-2789
516490034         EDI: WFNNB.COM Oct 18 2019 04:38:00      Comenity Bank/Victoria Secret,    PO Box 182789,
                   Columbus, OH 43218-2789
516692759        +EDI: WFNNB.COM Oct 18 2019 04:38:00      Comenity Capital Bank/Paypal Credit,
                   c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516490036        +E-mail/Text: tuscolsup@fisglobal.com Oct 18 2019 01:17:08
                   Complete Payment Recovery Services,    11601 Roosevelt Blvd,    Saint Petersburg, FL 33716-2202
516490040         EDI: DISCOVER.COM Oct 18 2019 04:38:00      Discover Financial Services,    PO Box 15316,
                   Wilmington, DE 19850
516498851         EDI: DISCOVER.COM Oct 18 2019 04:38:00      Discover Bank,    Discover Products Inc,
                   PO Box 3025,    New Albany, OH  43054-3025
516490043         E-mail/Text: data_processing@fin-rec.com Oct 18 2019 01:16:11       FInancial Recovery Services,
                   PO Box 385908,    Minneapolis, MN 55438-5908
516490046        +E-mail/Text: Bankruptcy@homebridge.com Oct 18 2019 01:17:20
                   HomeBridge FInancial Services, Inc.,    194 Wood Avenue South, 9th Floor,
                   Iselin, NJ 08830-2761
516490050        +E-mail/Text: bncnotices@becket-lee.com Oct 18 2019 01:15:52       Kohls/CapOne,    PO Box 3115,
                   Milwaukee, WI 53201-3115
516586473         EDI: MERRICKBANK.COM Oct 18 2019 04:38:00      MERRICK BANK,    Resurgent Capital Services,
                   PO Box 10368,    Greenville, SC 29603-0368
516586473         E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 18 2019 01:22:47        MERRICK BANK,
                   Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516651022        +EDI: MID8.COM Oct 18 2019 04:38:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                   WARREN, MI 48090-2011
516490055        +EDI: MERRICKBANK.COM Oct 18 2019 04:38:00      Merrick Bank,    PO Box 9201,
                   Old Bethpage, NY 11804-9001
516490055        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 18 2019 01:24:05        Merrick Bank,
                   PO Box 9201,    Old Bethpage, NY 11804-9001
516490056        +EDI: MID8.COM Oct 18 2019 04:38:00      Midland Credit Management,    8875 Aero Drive,
                   San Diego, CA 92123-2255
516490057        +EDI: MID8.COM Oct 18 2019 04:38:00      Midland Funding, LLC,    2365 Northside Drive,
                   Suite 300,    San Diego, CA 92108-2709
516490059         EDI: NESF.COM Oct 18 2019 04:38:00      NES,    29125 SOlon ROad,    Solon, OH 44139-3442
516490062         EDI: PRA.COM Oct 18 2019 04:38:00      Portfolio Recovery Assoc,    Riverside Commerce Center,
                   120 Corporate Blvd, Suite 100,    Norfolk, VA 23502-4962
516690806         EDI: PRA.COM Oct 18 2019 04:38:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                   POB 41067,    Norfolk VA 23541
516671081         EDI: PRA.COM Oct 18 2019 04:38:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516691321         EDI: PRA.COM Oct 18 2019 04:38:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
                   POB 41067,    Norfolk VA 23541
516691303         EDI: PRA.COM Oct 18 2019 04:38:00      Portfolio Recovery Associates, LLC,
                   c/o New York & Company,    POB 41067,    Norfolk VA 23541
516691323         EDI: PRA.COM Oct 18 2019 04:38:00      Portfolio Recovery Associates, LLC,    c/o Sears Card,
                   POB 41067,    Norfolk VA 23541
516505267         EDI: Q3G.COM Oct 18 2019 04:38:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                   PO Box 788,    Kirkland, WA  98083-0788
516506427         EDI: Q3G.COM Oct 18 2019 04:38:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                   PO Box 788,    Kirkland, WA  98083-0788
516490073         EDI: RMSC.COM Oct 18 2019 04:38:00      SYNCB/Amazon PLCC,    PO Box 965015,
                   Orlando, FL 32896-5015
516490074         EDI: RMSC.COM Oct 18 2019 04:38:00      SYNCB/JC Penney,    PO Box 965036,
                   Orlando, FL 32896-5036
516490075         EDI: RMSC.COM Oct 18 2019 04:38:00      SYNCB/Lowes,    PO Box 965036,    Orlando, FL 32896-5036
516490076         EDI: RMSC.COM Oct 18 2019 04:38:00      SYNCB/Old Navy,    PO Box 965036,
                   Orlando, FL 32896-5036
516490077        +EDI: RMSC.COM Oct 18 2019 04:38:00      SYNCB/Sams Club,    PO Box 965005,
                   Orlando, FL 32896-5005
518144159        +E-mail/Text: bncmail@w-legal.com Oct 18 2019 01:16:46       SYNCHRONY BANK,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121,
                   SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
518144158        +E-mail/Text: bncmail@w-legal.com Oct 18 2019 01:16:46       SYNCHRONY BANK,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516490069         EDI: SEARS.COM Oct 18 2019 04:38:00      Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
516490079        +EDI: VERIZONCOMB.COM Oct 18 2019 04:38:00      Verizon,    500 Technology Drive, Suite 300,
                   Saint Charles, MO 63304-2225
```

```
District/off: 0312-1           User: admin                 Page 3 of 3                    Date Rcvd: Oct 17, 2019
                               Form ID: 148                Total Noticed: 94
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516562230        EDI: WFFC.COM Oct 18 2019 04:38:00      WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,
                  Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516490081       +EDI: WFFC.COM Oct 18 2019 04:38:00      WFFNB/Raymor & Flanigan,    PO Box 14517,
                  Des Moines, IA 50306-3517
516580807        EDI: WFFC.COM Oct 18 2019 04:38:00      Wells Fargo Bank NA,    PO Box 10438,
                  Des Moines    IA    50306-0438
516490080       +EDI: WFFC.COM Oct 18 2019 04:38:00      Wells Fargo Home Mortgage,    PO Box 10335,
                  Des Moines, IA 50306-0335
                                                                                               TOTAL: 51

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516490048     ##+Jersey Shore Federal Credit Union,    PO Box 240,    Northfield, NJ 08225-0240
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
```
              Chad M. Sherwood    on behalf of Debtor William Scott Lang, Jr. chad@sherwoodlegal.com
              Chad M. Sherwood    on behalf of Joint Debtor Nikki C Lang chad@sherwoodlegal.com
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor   WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
               jpshay@gmail.com
              Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
                                                                                               TOTAL: 8
```